IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. SULLIVAN and : | |
| BRUCE SULLIVAN, *individually and* : | |
| *as co-administrators of the estate of* : | |
| *Sean Sullivan*, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 07-4447 |
| WARMINSTER TOWNSHIP, ET AL. : | |

**O R D E R**

**AND NOW**, this  4th  day of March, 2011, upon consideration of Plaintiffs' Motion to Compel (ECF No. 44), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiffs' Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

**R. BARCLAY SURRICK, J**.