IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROL A. SULLIVAN and :
BRUCE SULLIVAN, *individually and* :
*as co-administrators of the estate of* :
*Sean Sullivan*, :
: CIVIL ACTION
v. :
: NO. 07-4447
WARMINSTER TOWNSHIP, ET AL. :

### ORDER

AND NOW, this  15th  day of March, 2011, upon consideration of Defendants Warminster Township, Chief Michael Murphy, James McCaffrey, Daniel Leporace, Christopher Springfield, Sean Harold, Ron Szymborski and Casey Byrne's Partial Motion for Summary Judgment (ECF No. 49), and the Motion for Summary Judgment of Defendants, Warrington Township, Chief James Miller, Officer Quentin Fuller, and Officer John Blanchard (ECF No. 50), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that Defendants' Motions are GRANTED in part and DENIED in part as follows:

1. The Motions are GRANTED in part and DENIED in part as to Count I of the Complaint. Defendants' Motions are GRANTED and judgment is entered in favor of Defendants Christopher Springfield, Casey Byrne, and Ron Szymborski. Defendants' Motions are DENIED as to Defendants John Blanchard, James McCaffrey, Sean Harold, and Daniel Leporace.

2. The Motions are GRANTED as to Count III of the Complaint, and judgment is entered in favor of Defendants.

3. The Motions are DENIED as to Count IV of the Complaint.

4. The Motions are GRANTED as to Count V of the Complaint, and judgment is entered in favor of Defendant Michael Murphy.

5. The Motions are GRANTED as to Count VI of the Complaint, and judgment is entered in favor of Defendants.

6. The Motions are GRANTED as to Count VII of the Complaint, and judgment is entered in favor of Defendants.

7. The Motions are GRANTED as to Count VIII of the Complaint, and judgment is entered in favor of Defendants.

8. The Motions are DENIED as to Count IX of the Complaint.

9. The Motions are DENIED as to Plaintiffs' claim for punitive damages.

JUDGMENT SHALL BE ENTERED.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.