THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. SULLIVAN and : | |
| BRUCE SULLIVAN, *individually and/or* : | |
| *as co-administrators of the estate of* : | |
| *Sean Sullivan* : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 07-4447 |
| WARMINSTER TOWNSHIP, ET AL. : | |

## ORDER

**AND NOW,** this  9th  day of   May  , 2013, upon consideration of Plaintiffs' Motion to Vacate the Clerk of Court's Taxation of Costs (ECF No. 178), it is **ORDERED** that Plaintiffs' Motion is **GRANTED**. The Clerk's Taxation of Costs against Bruce Sullivan and Carol A. Sullivan is **VACATED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**